-FILED-
NOV 03 2020
At ROBERT N. ~~~~~
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE UNITED STATES DISTRICT COURT

Christopher E. Washington
plaintiff
vs.
Bristol West Insurance Group

Case No. 1:20CV389

**COMPLAINT FOR DAMAGES AND DEMAND FOR A TRIAL BY A JURY**

Comes now, the plaintiff Christopher E. Washington, (hereinafter referred to as "Washington", and files with this Court a complaint against Defendant Bristole West Insurance Group, (hereinafter referred to as "Defendant"), as set forth below:

1. **INTRODUCTION**

1. This lawsuit involves violation(s) under the laws and regulations of Indiana Code Section, 34-51-2-5, 34-51-2-6, of Comparative Negligence in indiana car accident case laws.

2. At all pertinent times, Washington was and remains an individual domiciled in Fort Wayne, Indiana, Allen County.

3. Washington restates and reinterstates herein all previous paragraphs.

4. At all pertinent times, Bristol West Insurance Group, was and remains an Insurance provider and certified and registered to do business in Indiana with its principle place of business being located Oklahoma City, OK.

1.

## II. JURISDICTION AND VENUE

5. Washington restates and reinderstates herein all previous paragraphs.

6. This is a cause of action under Code Section, 34-51-2-5 and 34-51-76, of Comparative Negligence in Indiana Car accident case laws.

7. Defendant is liable unto Washington's pursuant to the violations of Indiana Car accident case laws. Defendant is also liable to Washington's pursuant to the Laws of Indiana and possibly other states which claims may be brought under the pendant jurisdiction of this matter.

8. This honorable court has jurisdiction over this matter.

## IV. FACTUAL ALLEGATION

9. Washington restates and reinterstates herein all previous paragraphs.

10. On or about October 02nd, 2020, Washington was involved in a automobile accident and the defendant refused to compensate me for all of my pain and suffering and emotional distress and to abid by Bristol West Insurance Group Company policy by compensating me for pain and suffering and emotional distress and mental anguish by not complying with me.

2

11. Washington received Phycheal Therapy from a medical professional because of the pain and Suffering and emotional distress and mental anguish caused in this matter.

12. Washington reported this to the Bristol West Insurance Group Headquarters, including the Metro Human Relations Commission.

13. Washington spent numbers of hours communicating with Bristol West Insurance Group, in Oklahoma City, OK.

14. Washington communicated with Bristol West Insurance Group by complying with sending them all Medical Records and Documentations pertaining to this case.

15. Washington was involved in a previous automobile accident where he was hit by a vehicle as a pedestrian crossing the street and was suddenly struck by the car and had to sustained an amputation of the right leg below the knee, due to an driver carelessness act of not abiding the Indiana Speeding Limits and traffic signs and is currently suffering from a greate deal of emotional distress and mental anguish, ext,.

3.

16. Defendant Bristol West Insurance Group, failed to professionally resolve my issue before this cause of action was taken against them as described herein this complaint.

V. Count One
( Violations of Indiana Code Section 34-51-2-5, 34-51-2-6 )

17. Washington restates and reinterstates herein all previous paragraphs.
18. Defendant Bristol West Insurance Group is a insurance provider that provides car insurance to customers as discussed in this complaint.
19. Defendant Bristol West Insurance Group, through its actions and inactions as described herein, has caused greate and irreperable damages to Washington.
20. Washington is hereby seeking in the sum amount of Ten (10) million Dollars.
21. The Documents pertaining to this case are pertainent material.

4.

WHEREFORE PLAINTIFF WASHINGTON PRAYS, after all due procedures are had there be judgement herein favor of the plaintiff Washington and against the Defendant Bristol West Insurance Group, for all resonable damages substenial by the plaintiff including but not limited to compensatory demeges associated with mental anguish, pain and suffering, emotional distress, embarrassment, inconvenious, frustration, fear of personal safety and security, punitive demeges, attorney fees or Court Costs together with legal interest thereon from date of judicial demands until paid. FURTHER, pray for all such additional, general and equitable relief as may be necessary and proper in the premise.

DEMAND FOR A TRIAL BY A JURY

Pursuant to Fed. R. Civ. Proc. 38 and 15 U.S.C. and for violation(s) of Indiana Code Section 34-51-2-5 and 34-51-2-6, of Comparative Negligence in Indiana Car accident cases Laws, for not compensating me in this case and plaintiff Christopher E. Washington, hereby demands a jury trial on all issues triable to a jury.

5.

## CERTIFICATE OF SERVICE

I hereby certified that the undersigned has served a copy of the following foregoing by regular U.S. Postal mail and properly addressed to the parties listed below.

United States District Court
1300 S. Harrison St.
Fort Wayne, IN 46803

Ashley Fulgham
Bristol West Insurance Group
P.O. Box 258806
Oklahoma, OK 73125

Representative For Defendant:

Respectfully Submitted,
By: Christopher E. Washington
Christopher E. Washington
1024 Milton St.
Fort Wayne, IN 46806
PH: 317-295-6108
Email: ChristopherWashington26@gmail

Pro-Se Plaintiff:

Date: November 3rd, 2020

6.