UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHRISTOPHER E. WASHINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:20-CV-389 |
| BRISTOL WEST INSURANCE GROUP, | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT(S) PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

NOW COMES, the Defendant, BRISTOL WEST INSURANCE COMPANY, erroneously sued as "Bristol West Insurance Group", by counsel, Law Offices of Staff Counsel For Farmers Insurance Exchange and Affiliates, and presents its Motion to Dismiss Plaintiff's Complaint and Amended Complaint Pursuant To Federal Rule of Civil Procedure 12(b)(1).  In support of Defendant's Motion to Dismiss, Defendant files its Memorandum of Law contemporaneously with Defendant's Motion.

WHEREFORE the Defendant, BRISTOL WEST INSURANCE COMPANY, erroneously sued as "Bristol West Insurance Group", prays that this Honorable Court grant Defendant's Motion to Dismiss, and for any and all other just and proper relief in the premises.

    Respectfully submitted,
    LAW OFFICES OF STAFF COUNSEL FOR
    FARMERS INSURANCE EXCHANGE AND
    AFFILIATES

    s/ Adam C. Hawkins
    Adam C. Hawkins, (Bar #22387-49)
    Attorney for Defendant, BRISTOL WEST
    INSURANCE COMPANY erroneously sued as
    "Bristol West Insurance Group",

Law Offices of Staff Counsel For Farmers Insurance Exchange And Affiliates
Employees of the Claims Litigation Department, Farmers Insurance Exchange and Affiliates
161 N. Clark, Suite 1800
Chicago, IL 60601
Phone: (312) 251-3530
Fax:   (312) 553-0840
adam.hawkins@farmersinsurance.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties of record electronically via email this 14th day of December, 2020:

Christopher E. Washington
1024 Milton Street
Fort Wayne, IN  46806
Christopherwashington263@gmail.com
Attorney for Plaintiff, Christopher E. Washington
Phone: (317) 295-6108
Christopherwashington263@gmail.com

                                              s/ Adam C. Hawkins

                                          Adam C. Hawkins, (Bar #22387-49)

Law Offices of Staff Counsel For Farmers Insurance Exchange And Affiliates
Employees of the Claims Litigation Department, Farmers Insurance Exchange and Affiliates
161 N. Clark, Suite 1800
Chicago, IL 60601
Phone: (312) 251-3530
Fax:   (312) 553-0840
adam.hawkins@farmersinsurance.com